UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TONY ANTHONY GRIFFIN                                           PLAINTIFF
ADC #150964

V.                    No. 4:21-CV-00192-JTR[1]

MATTHEW WOOD, Nurse,
Barbara Esther Unit, ADC, *et al.*                             DEFENDANTS

## JUDGMENT

Consistent with the Memorandum Opinion and Order entered on August 22, 2022, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 26th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] By consent of the parties, this case was referred to a United States Magistrate Judge to conduct all proceedings and order the entry of a final judgment, in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. *See Doc. 39.*